Resolution of Board of Directors
of
All Star Health Care, Inc. a Georgia Corporation

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Ashley Davis, Operations Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Ashley Davis, Operations Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Ashley Davis, Operations Manager** of this Corporation is authorized and directed to employ **Daniel E. Raskin 594950**, attorney and the law firm of **Daniel E. Raskin** to represent the corporation in such bankruptcy case.

Date  **February 14, 2017**                                    Signed  *Victoria*
                                                                        Victoria Davis, CFO

Date  **February 14, 2017**                                    Signed _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy