PLEASE TYPE OR PRINT

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

## Request for Change of Address

Case Name: All Star Health Care, Inc. a Georgia Corporation

Case No.: 17-54115-bem     Chapter: 7

**Change of Address for:**
Debtor ☐   Creditor ☐   Attorney for Debtor ☑   Attorney for Creditor ☐

**Change for:**
Notices ONLY ☐   Payments ONLY ☐   Notices and Payments ☑

EFFECTIVE DATE OF CHANGE: 11/20/2017

Name: Soniaziaria Deatrice Grinold

Prior Address: 1325 Six Flags Dr. SW #914
Austell, GA 30168

****************************************************************************

New Address: 1600 Roberta Dr SW apt 1203
Marietta, GA 30008

Change of Address Was Furnished By:   Debtor ☐   Creditor ☑   Attorney ☐

Date: 11/20/2017     Signature of Filer: _____
Telephone Number: (678)777-9560

### IF FILED BY ATTORNEY

Attorney Name:
Bar ID:
Address:

Revised August 2012