**Form 1**

# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

| Case No.: | 17-54115-BEM | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | ALL STAR HEALTH CARE, INC. | Date Filed (f) or Converted (c): | 03/06/2017 (f) |
| | | § 341(a) Meeting Date: | 04/11/2017 |
| For Period Ending: | 06/30/2019 | Claims Bar Date: | 01/02/2018 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | A/R 90 days old or less. Face amount | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 2 | A/R 90 days old or less. Face amount | 12,994.36 | 12,994.36 | | 0.00 | FA |
| 3 | A/R 90 days old or less. Face amount | 19,548.50 | 19,548.50 | | 18,601.56 | FA |
| 4 | A/R 90 days old or less. Face amount | Unknown | 0.00 | | 0.00 | FA |
| 5 | A/R 90 days old or less. Face amount | Unknown | 0.00 | | 27.00 | FA |
| 6 | Additional revenues from the VA were levied upon by the IRS shortly before the case was filed | Unknown | 0.00 | | 0.00 | FA |
| 7 | 4 Wooden desks and work station, 6 Metal lateral file cabinets, Approximately 10 black computer chairs, 2 Small metal file cabinets, Approximately 15 sitting chairs, 2 Polycom telephones, Copier (leased), Printers/scanners, Miscellaneous storage shelves  (u) Notice of abandonment filed on 4/26/17, docket # 20. | 0.00 | 0.00 | OA | 0.00 | FA |
| 7 | Assets     Totals     (Excluding unknown values) | $34,542.86 | $34,542.86 | | $18,628.56 | $0.00 |

**Major Activities Affecting Case Closing:**

Claims have been submitted to the state of Georgia and the Veteran Administration. The Trustee was also investigating the pre and post petition set off of amounts owed to the Debtor by the Internal Revenue Service. Trustee will be reviewing claims and preparing his final report.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2018 | **Current Projected Date Of Final Report (TFR):** | 12/31/2019 |
|---|---|---|---|

07/29/2019  
Date

/s/S. Gregory Hays  
S. Gregory Hays

Form 2

Page: 2-1

# Cash Receipts And Disbursements Record

| Case No.: | 17-54115-BEM | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | ALL STAR HEALTH CARE, INC. | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6994 | | Account #: | ******6700 Checking |
| For Period Ending: | 06/30/2019 | | Blanket Bond (per case limit): | $30,203,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/28/17 | {3} | State of Georgia, Dept of Community Health | DCH claims | 1121-000 | 18,601.56 | | 18,601.56 |
| 10/02/17 | {5} | Shirley Jefferson | Western Union Check | 1121-000 | 27.00 | | 18,628.56 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.57 | 18,599.99 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.75 | 18,573.24 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 25.82 | 18,547.42 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.34 | 18,518.08 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.85 | 18,493.23 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.59 | 18,466.64 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 25.67 | 18,440.97 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.17 | 18,411.80 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 25.59 | 18,386.21 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.20 | 18,358.01 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 27.28 | 18,330.73 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.06 | 18,316.67 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 16.55 | 18,300.12 |
| | | **COLUMN TOTALS** | | | 18,628.56 | 328.44 | $18,300.12 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 18,628.56 | 328.44 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$18,628.56** | **$328.44** | |

{ } Asset Reference(s)  ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Page: 2-2

| | |
|---|---|
| **Case No.:** | 17-54115-BEM |
| **Case Name:** | ALL STAR HEALTH CARE, INC. |
| **Taxpayer ID #:** | **-***6994 |
| **For Period Ending:** | 06/30/2019 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******6700 Checking |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $18,628.56 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $18,628.56 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6700 Checking | $18,628.56 | $328.44 | $18,300.12 |
| | $18,628.56 | $328.44 | $18,300.12 |