**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re:  ALL STAR HEALTH CARE, INC.  §  Case No. 17-54115-SMS
§
§
§

Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 03/06/2017. The undersigned trustee was appointed on 03/06/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          18,628.56

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 489.66 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 18,138.90 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/02/2018 and the deadline for filing governmental claims was 12/31/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,612.86. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,612.86, for a total compensation of $2,612.86[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $436.27 for total expenses of $436.27[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/29/2020_____          By: /s/ S. Gregory Hays_____
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

_____
[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 1

**Case No.:**  17-54115-SMS

**Case Name:**  ALL STAR HEALTH CARE, INC.

**For Period Ending:**  09/29/2020

**Trustee Name:**  (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):**  03/06/2017 (f)

**§ 341(a) Meeting Date:**  04/11/2017

**Claims Bar Date:**  01/02/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | A/R 90 days old or less. Face amount | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 2 | A/R 90 days old or less. Face amount | 12,994.36 | 12,994.36 | | 0.00 | FA |
| 3 | A/R 90 days old or less. Face amount | 19,548.50 | 19,548.50 | | 18,601.56 | FA |
| 4 | A/R 90 days old or less. Face amount | Unknown | 0.00 | | 0.00 | FA |
| 5 | A/R 90 days old or less. Face amount | Unknown | 0.00 | | 27.00 | FA |
| 6 | Additional revenues from the VA were levied upon by the IRS shortly before the case was filed | Unknown | 0.00 | | 0.00 | FA |
| 7 | 4 Wooden desks and work station, 6 Metal lateral file cabinets, Approximately 10 black computer chairs, 2 Small metal file cabinets, Approximately 15 sitting chairs, 2 Polycom telephones, Copier (leased), Printers/scanners, Miscellaneous storage shelves  (u)<br>Notice of abandonment filed on 4/26/17, docket # 20. | 0.00 | 0.00 | OA | 0.00 | FA |
| **7** | **Assets Totals (Excluding unknown values)** | **$34,542.86** | **$34,542.86** | | **$18,628.56** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  12/31/2018

**Current Projected Date Of Final Report (TFR):**  09/30/2020

09/29/2020

Date

/s/S. Gregory Hays

S. Gregory Hays

## Form 2

Exhibit B

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 17-54115-SMS | |
| **Case Name:** | ALL STAR HEALTH CARE, INC. | |
| **Taxpayer ID #:** | **-***6994 | |
| **For Period Ending:** | 09/29/2020 | |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******6700 Checking |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/28/17 | {3} | State of Georgia , Dept of Community Health | DCH claims | 1121-000 | 18,601.56 | | 18,601.56 |
| 10/02/17 | {5} | Shirley Jefferson | Western Union Check | 1121-000 | 27.00 | | 18,628.56 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.57 | 18,599.99 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.75 | 18,573.24 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 25.82 | 18,547.42 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.34 | 18,518.08 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.85 | 18,493.23 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.59 | 18,466.64 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 25.67 | 18,440.97 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.17 | 18,411.80 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 25.59 | 18,386.21 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.20 | 18,358.01 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 27.28 | 18,330.73 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.06 | 18,316.67 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 16.55 | 18,300.12 |
| 01/30/20 | | Transition transfer Debit | Transition transfer debit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | | 18,300.12 | 0.00 |

| | | | | |
|---|---|---|---|---|
| **COLUMN TOTALS** | | **18,628.56** | **18,628.56** | **$0.00** |
| Less: Bank Transfers/CDs | | 0.00 | 18,300.12 | |
| **Subtotal** | | **18,628.56** | **328.44** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$18,628.56** | **$328.44** | |

## Form 2

## Cash Receipts And Disbursements Record

**Exhibit B**

Page: 2

| | |
|---|---|
| **Case No.:** | 17-54115-SMS |
| **Case Name:** | ALL STAR HEALTH CARE, INC. |
| **Taxpayer ID #:** | **-***6994 |
| **For Period Ending:** | 09/29/2020 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | East West Bank |
| **Account #:** | ******0008 Demand Deposit Account |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/30/20 | | Transition Transfer Credit | Transition Transfer Credit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | 18,300.12 | | 18,300.12 |
| 03/31/20 | | East West Bank | Bank and Technology Service Fee | 2600-000 | | 14.62 | 18,285.50 |
| 04/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 29.22 | 18,256.28 |
| 05/29/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 28.20 | 18,228.08 |
| 06/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 31.07 | 18,197.01 |
| 07/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 30.05 | 18,166.96 |
| 08/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 28.06 | 18,138.90 |

|  | | |
|---|---|---|
| **COLUMN TOTALS** | 18,300.12 | 161.22 | $18,138.90 |
| Less: Bank Transfers/CDs | 18,300.12 | 0.00 | |
| **Subtotal** | **0.00** | **161.22** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$161.22** | |

## Form 2

Exhibit B

Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 17-54115-SMS | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | ALL STAR HEALTH CARE, INC. | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***6994 | **Account #:** | ******0008 Demand Deposit Account |
| **For Period Ending:** 09/29/2020 | | **Blanket Bond (per case limit):** $30,203,000.00 | |
| | | **Separate Bond (if applicable):** N/A | |

| | |
|---|---|
| Net Receipts: | $18,628.56 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $18,628.56 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6700 Checking | $18,628.56 | $328.44 | $0.00 |
| ******0008 Demand Deposit Account | $0.00 | $161.22 | $18,138.90 |
| | **$18,628.56** | **$489.66** | **$18,138.90** |

09/29/2020
_____
Date

/s/S. Gregory Hays
_____
S. Gregory Hays

Page: 1

## Exhibit C
## Analysis of Claims Register

Case: 17-54115-SMS        ALL STAR HEALTH CARE, INC.

Claims Bar Date: 01/02/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9S | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 <4300-070 Certain Internal Revenue Service Tax Liens § 724(b)> , 100 | Secured 11/07/17 | | $34,542.86 $34,542.86 | $0.00 | $34,542.86 |
| | Liens filed 2/3/2014 and 4/4/2014. Amount reflects balance owed after setoffs from amounts owed to Debtor by the Veterans Administration. | | | | | |
| 15S | Knight Capital Funding II, LLC 1691 Michigan Avenue, Suite 230 Miami Beach, FL 33139 <4210-000 Personal Property & Intangibles - Consensual Liens> , 100 | Secured 12/29/17 | | $2,702.72 $2,702.72 | $0.00 | $2,702.72 |
| | UCC filed on 8/18/2016.  Secured claim filed after IRS liens. | | | | | |
| ADM1 | S. Gregory Hays 2964 Peachtree Rd NW Ste 555 Atlanta, GA 30305 <2100-000 Trustee Compensation> , 200 | Administrative | | $2,612.86 $2,612.86 | $0.00 | $2,612.86 |
| | To be paid through surcharge of IRS collateral per 11 U.S.C. 724(b). | | | | | |
| ADM2 | S. Gregory Hays 2964 Peachtree Rd NW Ste 555 Atlanta, GA 30305 <2200-000 Trustee Expenses> , 200 | Administrative | | $436.27 $436.27 | $0.00 | $436.27 |
| | To be paid through surcharge of IRS collateral per 11 U.S.C. 724(b). | | | | | |
| ADM3 | Hays Financial Consulting, LLC 2964 Peachtree Road, NW Suite 555 Atlanta, GA 30305 <3310-000 Accountant for Trustee Fees (Trustee Firm)> , 200 | Administrative 09/17/20 | | $6,687.50 $6,687.50 | $0.00 | $6,687.50 |
| | To be paid through surcharge of IRS collateral per 11 U.S.C. 724(b). | | | | | |

**UST Form 101-7-TFR (5/1/2011)**

Page: 2

## Exhibit C

## Analysis of Claims Register

Case: 17-54115-SMS                          ALL STAR HEALTH CARE, INC.

Claims Bar Date: 01/02/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM4 | Hays Financial Consulting, LLC<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305<br><3320-000 Accountant for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>09/17/20 | | $1,060.20<br>$1,060.20 | $0.00 | $1,060.20 |
| | To be paid through surcharge of IRS collateral per 11 U.S.C. 724(b). | | | | | |
| 5 | Tonya E. Thomas<br>1624 Norman Drive Apt. 907<br>COLLEGE PARK, GA 30349<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br>10/08/17 | | $1,500.00<br>$1,500.00 | $0.00 | $1,500.00 |
| 6 | Vivian Miller<br>363 Landmark Way<br>Austell, GA 30168<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br>10/08/17 | | $1,130.00<br>$1,130.00 | $0.00 | $1,130.00 |
| 9P | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>11/07/17 | | $153,516.56<br>$153,516.56 | $0.00 | $153,516.56 |
| 10 | Maria D. Sesay<br>5029 Cottage Grove Pl<br>Union City, GA 30291<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br>11/08/17 | | $1,265.88<br>$1,265.88 | $0.00 | $1,265.88 |
| 11 | Soniaziaria Deatrice Grinold a/k/a Sonia<br>Apt 1203<br>1600 Roberta Dr SW<br>Marietta, GA 30008<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br>11/24/17 | | $900.00<br>$900.00 | $0.00 | $900.00 |

Page: 3

## Exhibit C

## Analysis of Claims Register

Case: 17-54115-SMS                              ALL STAR HEALTH CARE, INC.

Claims Bar Date: 01/02/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12 | Tammie Bell<br>897 Joseph Club<br>Mableton, GA 30126<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br>12/01/17 | | $2,149.52<br>$2,149.52 | $0.00 | $2,149.52 |
| 13 | Ashley Davis<br>8 Perimeter East, Apt 1344<br>Atlanta, GA 30346<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br>12/26/17 | | $3,461.54<br>$3,461.54 | $0.00 | $3,461.54 |
| 17 | Victoria Davis<br>70 Perimeter Center East<br>#2112<br>Atlanta, GA 30346<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br>01/01/18 | | $1,730.78<br>$1,730.78 | $0.00 | $1,730.78 |
| 1 | James and Tanishea Scribner<br>C/O Kan Clark<br>2849 Paces Ferry Rd, Ste 215<br>Atlanta, GA 30339<br><7100-000 Section 726(a)(2) General<br>Unsecured Claims><br>, 610 | Unsecured<br>05/19/17 | | $52,850.00<br>$52,850.00 | $0.00 | $52,850.00 |
| 2 | CIT Bank NA<br>PO Box 593007<br>San Antonio, TX 78259<br><7100-000 Section 726(a)(2) General<br>Unsecured Claims><br>, 610 | Unsecured<br>09/06/17 | | $6,658.32<br>$6,658.32 | $0.00 | $6,658.32 |
| 3 | GENERAL INFORMATION SERVICES<br>ATTN: VICKIE DERRICK<br>917 CHAPIN<br>CHAPIN, SC 29036<br><7100-000 Section 726(a)(2) General<br>Unsecured Claims><br>, 610 | Unsecured<br>09/21/17 | | $754.90<br>$754.90 | $0.00 | $754.90 |

UST Form 101-7-TFR (5/1/2011)

## Exhibit C

### Analysis of Claims Register

Case: 17-54115-SMS                  ALL STAR HEALTH CARE, INC.

Claims Bar Date: 01/02/18

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | ANY Lab Test<br>2520 Windy Hill Rd.<br>Ste 201<br>Marietta, GA 30067<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/07/17 | | $432.00<br>$432.00 | $0.00 | $432.00 |
| 7 | Atlanta Office Machines<br>552 Cobb Parkway South<br>Marietta, GA 30062<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/09/17 | | $291.49<br>$291.49 | $0.00 | $291.49 |
| 8 | AmTrust North America, Inc.<br>on behalf ofWesco Insurance Company c/o Maurice Wutscher LLP<br>2000 Auburn Drive, Suite 200<br>Beachwood, OH 44122<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/16/17 | | $3,620.00<br>$3,620.00 | $0.00 | $3,620.00 |
| 9U | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>11/07/17 | | $26,439.05<br>$26,439.05 | $0.00 | $26,439.05 |
| 9Ub | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><7300-000 Section 726(a)(4) Fines, Penalties><br>, 630 | Unsecured<br>11/07/17 | | $66,075.18<br>$66,075.18 | $0.00 | $66,075.18 |
| 14 | LaDonna Briggs<br>2651 Favor  Road<br>Apt 1D06<br>Marietta, GA 30060<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/28/17 | | $2,000.00<br>$2,000.00 | $0.00 | $2,000.00 |

## Exhibit C

### Analysis of Claims Register

**Case: 17-54115-SMS**                    **ALL STAR HEALTH CARE, INC.**

Claims Bar Date: 01/02/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15U | Knight Capital Funding II, LLC<br>1691 Michigan Avenue, Suite 230<br>Miami Beach, FL 33139<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/29/17 | | $100.00<br>$100.00 | $0.00 | $100.00 |
| 16 | Cleatrice McGregor a/k/a Cleatrice Crawford<br>4446 Westview Dr<br>Powder Springs, GA 30127<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/29/17 | | $1,000.00<br>$1,000.00 | $0.00 | $1,000.00 |
| 18 | Bobby Davis<br>70 Perimeter Center East<br>#2112<br>Atlanta, GA 30346<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/02/18 | | $2,400.00<br>$2,400.00 | $0.00 | $2,400.00 |
| 19 | Tsega Woldegiorgia<br>1437 Tillbury Place<br>Stone Mountain, GA 30083<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/29/17 | | $1,500.00<br>$1,500.00 | $0.00 | $1,500.00 |
| 20 | Boadicea Ward<br>3129 Old Villa Rice Rd<br>Powder Springs, GA 30127<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>61 hours @ $10 per hour. | Unsecured<br>01/02/18 | | $610.00<br>$610.00 | $0.00 | $610.00 |

|  |  |  | **Case Total:** | **$0.00** | **$378,427.63** |
|---|---|---|---|---|---|

**UST Form 101-7-TFR (5/1/2011)**

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-54115-SMS
Case Name: ALL STAR HEALTH CARE, INC.
Trustee Name: S. Gregory Hays

**Balance on hand:**        $        18,138.90

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 9S | Internal Revenue Service | 34,542.86 | 34,542.86 | 0.00 | 7,342.07 |
| 15S | Knight Capital Funding II, LLC | 2,702.72 | 2,702.72 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $    7,342.07
Remaining balance:    $    10,796.83

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 2,612.86 | 0.00 | 2,612.86 |
| Accountant for Trustee, Fees - Hays Financial Consulting, LLC | 6,687.50 | 0.00 | 6,687.50 |
| Accountant for Trustee, Expenses - Hays Financial Consulting, LLC | 1,060.20 | 0.00 | 1,060.20 |
| Trustee, Expenses - S. Gregory Hays | 436.27 | 0.00 | 436.27 |

Total to be paid for chapter 7 administrative expenses:    $    10,796.83
Remaining balance:    $    0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $    0.00
Remaining balance:    $    0.00

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $165,654.28 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Tonya E. Thomas | 1,500.00 | 0.00 | 0.00 |
| 6 | Vivian Miller | 1,130.00 | 0.00 | 0.00 |
| 9P | Internal Revenue Service | 153,516.56 | 0.00 | 0.00 |
| 10 | Maria D. Sesay | 1,265.88 | 0.00 | 0.00 |
| 11 | Soniaziaria Deatrice Grinold a/k/a Sonia | 900.00 | 0.00 | 0.00 |
| 12 | Tammie Bell | 2,149.52 | 0.00 | 0.00 |
| 13 | Ashley Davis | 3,461.54 | 0.00 | 0.00 |
| 17 | Victoria Davis | 1,730.78 | 0.00 | 0.00 |

Total to be paid for priority claims: $       0.00
Remaining balance: $       0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $98,655.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | James and Tanishea Scribner | 52,850.00 | 0.00 | 0.00 |
| 2 | CIT Bank NA | 6,658.32 | 0.00 | 0.00 |
| 3 | GENERAL INFORMATION SERVICES | 754.90 | 0.00 | 0.00 |
| 4 | ANY Lab Test | 432.00 | 0.00 | 0.00 |
| 7 | Atlanta Office Machines | 291.49 | 0.00 | 0.00 |
| 8 | AmTrust North America, Inc. | 3,620.00 | 0.00 | 0.00 |
| 9U | Internal Revenue Service | 26,439.05 | 0.00 | 0.00 |
| 14 | LaDonna Briggs | 2,000.00 | 0.00 | 0.00 |
| 15U | Knight Capital Funding II, LLC | 100.00 | 0.00 | 0.00 |
| 16 | Cleatrice McGregor a/k/a Cleatrice Crawford | 1,000.00 | 0.00 | 0.00 |
| 18 | Bobby Davis | 2,400.00 | 0.00 | 0.00 |
| 19 | Tsega Woldegiorgia | 1,500.00 | 0.00 | 0.00 |
| 20 | Boadicea Ward | 610.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $       0.00
Remaining balance: $       0.00

**UST Form 101-7-TFR(5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | | 0.00 |
| Remaining balance: | $ | | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $66,075.18 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9Ub | Internal Revenue Service | 66,075.18 | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| Total to be paid for subordinated claims: | $ | | 0.00 |
| Remaining balance: | $ | | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**