UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ALL STAR HEALTH CARE, INC. A, GEORGIA CORPORATION, | : | CASE NO. 17-54115-SMS |
| | : | |
| Debtor. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

This 1st day of October, 2020.

                                            */s/ S. Gregory Hays*
                                            S. Gregory Hays
                                            Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, N.W
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Exhibit "A"**

| | | |
|---|---|---|
| Deliwe Ismail<br>3251 Woodview Drive<br>Smyrna, GA 30082-2420 | Evita Bray<br>637 Ferris StSW<br>Atlanta, GA 30310-2206 | Daniel E. Raskin<br>Law Clinic of Daniel E. Raskin<br>325 Hammond Drive<br>Suite 114<br>Atlanta, GA 30328-5026 |
| Tonya Thomas<br>1524 Norman Dr<br>Apt 907<br>Atlanta, GA 30349 | Moore Medical<br>PO Box 99718<br>Chicago, IL 60696-7518 | Elnora Barnes<br>5159 1st Street<br>Morrow, GA 30260-3690 |
| Cleatrice McGregor<br>a/k/a Cleatrice Crawford<br>4446 Westview Dr<br>Powder Springs, GA 30127 | Dell Business Credit<br>Dell Financial Services<br>P O Box 81577<br>Austin, TX 78708-1577 | Sharon Toney<br>2600 Laurice Ct<br>Decatur, GA 30034-2725 |
| Candy Andrews<br>1690 Lee Street<br>Decatur, GA 30035-1655 | Qurie Orr<br>238 Glory Lane<br>Powder Springs, GA 30127 | GA Department Of Revenue<br>P O Box 740321<br>Atlanta, GA 30374-0432 |
| Bobby Davis<br>70 Perimeter Center East<br>#2112<br>Atlanta, GA 30346-1802 | Hartford Ins.<br>Bonds and Property<br>P O Box 330<br>Clinton, NY 13323-0330 | Regina Winfrey<br>3756 Memorial Drive<br>Apt 8<br>Decatur, GA 30032-7334 |
| Shawanna Brown<br>6042 Creekford Dr<br>Lithonia, GA 30058-7959 | Bonita Taylor<br>168 Holderness St SW<br>Atlanta, GA 30314-7900 | CIT-Cannon Copier Lease<br>P O Box 550599<br>Jacksonville, FL 32255-0599 |
| Maria D. Sesay<br>5029 Cottage Grove Pl<br>Union City, GA 30291-1109 | Tammie Bell<br>897 Joseph Club<br>Mableton, GA 30126-1657 | ADT Security Services<br>3190 S. Vaughn Way<br>Aurora, CO 80014-3512 |
| Knight Capital<br>9 East Lockerman<br>Ste.3A-543<br>Dover, DE 19901-8306 | James Scribner<br>Kan Clark LLP<br>2489 Paces Ferry Rd<br>Ste 215<br>Atlanta, GA 30339 | Tanasia Parks<br>250 Sage Dr<br>Carrollton, GA 30116-5704 |
| Georgia Dept. of Labor<br>Suite 826<br>148 Andrew Young Int. Blvd<br>Atlanta, GA 30303-1751 | VICKIE JONES<br>45 OLDE MILL POINTE<br>HIRAM, GA 30141-3431 | Damien Pearson<br>2850 Venice Road, SW<br># 1138<br>Birmingham, AL 35211-7040 |
| Victoria Davis<br>70 Perimeter Center East<br>#2112<br>Atlanta, GA 30346-1802 | Paula Roper<br>234 Circle<br>Douglasville, GA 30134 | AM Trust North America<br>WCOMP Insurance<br>P O Box 6939<br>Cleveland, OH 44101-1939 |

Dell Financial Services
P O BOX 81577
AUSTIN, TX 78708-1577

Vivian Miller
363 Landmark Way
Austell, GA 30168-6539

U. S. Attorney
600 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Ashley Rush
4200 Tara Dr.
Forest Park, GA 30297-1032

Change Health Care
3055 Lebanon Pike
Suite 1000
Nashville, TN 37214-2239

GA Dept of Revenue
COMPLIANCE DIVISION
ARCS BANKRUPTCY
ATLANTA, GA 30345-3202

Tarshal Edwards
1481 Pine Springs Dr
Kennesaw, GA 30152-4672

Clear Care
650 Townsend St #410
San Francisco, CA 94103

Chinyere Totty
6737 Bill Carruth Pk
Apt 122
Hiram, GA 30141-2716

Internal Revenue Service
Centralized Insolvency Dept.
PO Box 7346
Philadelphia, PA 19101-7346

General Information Services
ATTN: VICKIE DERRICK
917 CHAPIN
CHAPIN, SC 29036-8875

Veteran's Affairs
Choice Programs HM/HHA
1670 Clairmont Rd.
Decatur, GA 30033-4004

Soniaziaria Deatrice Grinold
1600 Roberta Dr SW
Apt 1203
Marietta, GA 30008-3880

AFLAC
Worldwide Headquarters
Columbus, GA 31999-0001

Quickbooks
Attn: Bankruptcy Dept.
7726 W. Winston Way
Franklin, WI 53132-9016

Walmart
Complete Pymt Recovery Serv.
3500 5th Street
Northport, AL 35476-4723

LaDonna Briggs
2651 Favor Road
Apt 1D06
Marietta, GA 30060-5245

Georgia Dept. of Labor
Suite 910
148 Andrew Young Int. Blvd
Atlanta, GA 30303-1751

James and Tanishea Scribner
C/O Kan Clark
2849 Paces Ferry Rd
Ste 215
Atlanta, GA 30339-3769

Comcast
P O Box 2127
Norcross, GA 30091-2127

All Star Health Care, Inc.
950 Cobb Parkway South
Suite 301
Marietta, GA 30060-6578

Office of the US Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

CIT Bank NA
PO Box 593007
San Antonio, TX 78259-0200

Boadicea Ward
3129 Old Villa Rice Rd
Powder Springs, GA 30127

QUILL
P O Box 37600
Philadelphia, PA 19101-0600

GA Department Of Labor
184 Andrew Young Int. Blvd
Atlanta, GA 30303

GIS
P O Box 538450
Atlanta, GA 30353-8450

Ashley Davis
8 Perimeter East, Apt 1344
Atlanta, GA 30346-1674

ANY Lab Test
2520 Windy Hill Rd.
Ste 201
Marietta, GA 30067-8650

Valentina Pharms-McNeill
1507 Germaine Terrace
McDonough, GA 30253-3916

Atlanta Office Machine
552 Cobb Parkway SE
Marietta, GA 30060-6517

AmTrust North America, Inc.
on behalf of Wesco Ins Co.
c/o Maurice Wutscher
2000 Auburn Dr, Ste 200
Beachwood, OH 44122-4328

Colonial Life
Processing Center
PO Box 1365
Columbia, SC 29202-1365

Amanda Gyimah
4080 Landover Ct
Austell, GA 30106-3533

Exxon
P O Box 6404
Sioux Falls, SD 57117-6404

Marie Ann Ayawvi
3797 North
Decatur, GA 30032

ADP Payroll Services
5680 New Northside Drive
Atlanta, GA 30328-4668

Carlstadt, LLC
630 Broad S
Carlstadt, NJ 07072-1169

Tsega Woldegiorgia
1437 Tillbury Place
Stone Mountain, GA 30083

Crystal Springs
6750 Discovery Blvd
Mableton, GA 30126-4677

Sharbreque Faison
34 Zimmer Woods Ct
Dallas, GA 30132-0592

Vickie Jones
45 Olde Mill Rd.
Hiram, GA 30141

ADP Screening and
Selection Sr
P O Box 645177
Cincinnati, OH 45264-5177

American Funds Service Co.
PO Box 2280
Norfolk, VA 23501-2280

Knight Capital Funding II, LLC
1691 Michigan Avenue
Suite 230
Miami Beach, FL 33139-2566

Microsoft
One Microsoft Way
Redmond, WA 98052-6399

Tonya E. Thomas
1624 Norman Drive
Apt. 907
COLLEGE PARK, GA 30349

Verizon
P O Box 4001
Acworth, GA 30101-9002

Carrie Pegues
4162 Pilgrim Place
Austell, GA 30106-1328

A-1 Shredding
1791 W. Oak Pkwy
Suite 10
Marietta, GA 30062-2229

Shell
P O Box 6406
Sioux Falls, SD 57117-6406

First Insurance Funding
450 Skokie Blvd, Ste 1000
Northbrook, IL 60062-7917

Lizzie Thomas
4002 Jessica Ave
Decatur, GA 30032-3987