# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

| | |
|---|---|
| In Re: Debtor(s)<br>**All Star Health Care, Inc. a Georgia Corporation**<br>950 Cobb Parkway South, Suite 301<br>Marietta, GA 30060<br><br>**27−0996994** | Case No.: **17−54115−sms**<br>Chapter: **7**<br>Judge: **Sage M. Sigler** |

### ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**S. Gregory Hays**

the Trustee in this case, has reduced the property and effects of the estate of the Debtor(s) to cash; that the Trustee has made distribution thereof as required by the order of this Court and has rendered a full and complete account thereof, and that the Trustee has performed all other and further duties required in the administration of the estate.

**IT IS ORDERED** that the accounts of the Trustee are approved and allowed, and that the estate is closed; that the Trustee is discharged and relieved of the trust.

_____
Sage M. Sigler
United States Bankruptcy Judge

Dated: February 3, 2021
Form 183