**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**All Star Health Care, Inc. a Georgia Corporation**
950 Cobb Parkway South, Suite 301
Marietta, GA 30060

**27−0996994**

Case No.: **17−54115−sms**
Chapter: **7**
Judge: **Sage M. Sigler**

### ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**S. Gregory Hays**

the Trustee in this case, has reduced the property and effects of the estate of the Debtor(s) to cash; that the Trustee has made distribution thereof as required by the order of this Court and has rendered a full and complete account thereof, and that the Trustee has performed all other and further duties required in the administration of the estate.

**IT IS ORDERED** that the accounts of the Trustee are approved and allowed, and that the estate is closed; that the Trustee is discharged and relieved of the trust.

_____
Sage M. Sigler
United States Bankruptcy Judge

Dated:   February 3, 2021
Form 183

United States Bankruptcy Court

Northern District of Georgia

In re:  Case No. 17-54115-sms

All Star Health Care, Inc. a Georgia Cor  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9      User: avilesj      Page 1 of 3
Date Rcvd: Feb 03, 2021      Form ID: 183      Total Noticed: 70

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++      Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | All Star Health Care, Inc. a Georgia Corporation, 950 Cobb Parkway South, Suite 301, Marietta, GA 30060-6578 |
| 20564502 | + | A-1 Shredding, 1791 W. Oak Pkwy, Suite 10, Marietta, GA 30062-2229 |
| 20564503 | + | ADP Payroll Services, 5680 New Northside Drive, Atlanta, GA 30328-4668 |
| 20564504 | + | ADP Screening and Selection Sr, P O Box 645177, Cincinnati, OH 45264-5177 |
| 20564506 | + | AFLAC, Worldwide Headquarters, Columbus, GA 31999-0001 |
| 20564507 | | AM Trust North America, WCOMP Insurance, P O Box 6939, Cleveland, OH 44101-1939 |
| 20564510 | + | ANY Lab Test, 2520 Windy Hill Rd., Ste 201, Marietta, GA 30067-8650 |
| 21071205 | + | AmTrust North America, Inc. on behalf of, Wesco Insurance Company, c/o Maurice Wutscher LLP, 2000 Auburn Drive, Suite 200, Beachwood, OH 44122-4328 |
| 20564509 | + | American Funds Service Co., PO Box 2280, Norfolk, VA 23501-2280 |
| 20564512 | + | Ashley Rush, 4200 Tara Dr., Forest Park, GA 30297-1032 |
| 20564513 | + | Atlanta Office Machine, 552 Cobb Parkway SE, Marietta, GA 30060-6517 |
| 21055116 | + | Atlanta Office Machines, 552 Cobb Parkway South, Marietta, GA 30060-6517 |
| 20564514 | + | Boadicea Ward, 3129 Old Villa Rice Rd, Powder Springs, GA 30127-1718 |
| 20564515 | + | Bobby Davis, 70 Perimeter Center East, #2112, Atlanta, GA 30346-1802 |
| 20564516 | + | Bonita Taylor, 168 Holderness St SW, Atlanta, GA 30314-7900 |
| 20983093 | + | CIT Bank NA, PO Box 593007, San Antonio, TX 78259-0200 |
| 20564522 | | CIT-CANNON Copier Lease, P O Box 550599, Jacksonville, FL 32255-0599 |
| 20564518 | + | Carlstadt, LLC, 630 Broad S, Carlstadt, NJ 07072-1169 |
| 20564519 | + | Carrie Pegues, 4162 Pilgrim Place, Austell, GA 30106-1328 |
| 20564520 | + | Change Health Care, 3055 Lebanon Pike, Suite 1000, Nashville, TN 37214-2239 |
| 20564521 | + | Chinyere Totty, 6737 Bill Carruth Pk, Apt 122, Hiram, GA 30141-2716 |
| 20564524 | + | Cleatrice McGregor, a/k/a Cleatrice Crawford, 4446 Westview Dr, Powder Springs, GA 30127-3359 |
| 20564529 | + | Deliwe Ismail, 3251 Woodview Drive, Smyrna, GA 30082-2420 |
| 20564531 | + | Elnora Barnes, 5159 1st Street, Morrow, GA 30260-3690 |
| 20564532 | + | Evita Bray, 637 Ferris StSW, Atlanta, GA 30310-2206 |
| 20564533 | | Exxon, P O Box 6404, Sioux Falls, SD 57117-6404 |
| 20564534 | | First Insurance Funding, 450 Skokie Blvd, Ste 1000, Northbrook, IL 60062-7917 |
| 20564535 | | Georgia Department Of Labor, 184 Andrew Young International, Atlanta, GA 30303 |
| 20571162 | | Georgia Dept. of Labor, Suite 826, 148 Andrew Young Inter. Blvd., NE, Atlanta GA 30303-1751 |
| 20571161 | | Georgia Dept. of Labor, Suite 910, 148 Andrew Young Inter. Blvd., NE, Atlanta GA 30303-1751 |
| 20564538 | + | Hartford Ins., Bonds and Property, P O Box 330, Clinton, NY 13323-0330 |
| 20564540 | | James Scribner, Kan Clark LLP, 2489 Paces Ferry Rd., Ste 215, Atlanta, GA 30339 |
| 20736998 | + | James and Tanishea Scribner, C/O Kan Clark, 2849 Paces Ferry Rd, Ste 215, Atlanta, GA 30339-3769 |
| 20564541 | + | Knight Capital, 9 East Lockerman Ste.3A-543, Dover, DE 19901-8306 |
| 20564542 | + | LaDonna Briggs, 2651 Favor Road, Apt 1D06, Marietta, GA 30060-5245 |
| 21139166 | + | Maria D. Sesay, 5029 Cottage Grove Pl, Union City GA 30291-1109 |
| 20564544 | + | Maria Sesay, 5029 Coltage Grove Pl, Union City, GA 30291-1109 |
| 20564545 | | Marie Ann Ayawvi, 3797 North, Decatur, GA 30032 |
| 20564546 | | Microsoft, Redmond, WA 98052-6399 |

Case 17-54115-sms    Doc 40    Filed 02/05/21    Entered 02/06/21 01:11:26    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 113E-9 | User: avilesj | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 03, 2021 | Form ID: 183 | Total Noticed: 70 |

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 20564547 | + | Moore Medical, PO Box 99718, Chicago, IL 60696-7518 |
| 20564548 | | Paula Roper, 234 Circle, Douglasville, GA 30134 |
| 20564550 | | QUILL, P O Box 37600, Philadelphia, PA 19101-0600 |
| 20564549 | + | Quickbooks, Attn: Bankruptcy Dept., 7726 W. Winston Way, Franklin, WI 53132-9016 |
| 20564551 | + | Qurie Orr, 238 Glory Lane, Powder Springs, GA 30127-6850 |
| 20564552 | + | Regina Winfrey, 3756 Memorial Drive, Apt 8, Decatur, GA 30032-7334 |
| 20564553 | + | Sharbreque Faison, 34 Zimmer Woods Ct, Dallas, GA 30132-0592 |
| 20564554 | + | Sharon Toney, 2600 Laurice Ct, Decatur, GA 30034-2725 |
| 20564555 | #+ | Shawanna Brown, 6042 Creekford Dr, Lithonia, GA 30058-7959 |
| 20564556 | + | Shell, P O Box 6406, Sioux Falls, SD 57117-6406 |
| 20564557 | + | Soniaziaria Deatrice Grinold, a/k/a Sonia, Apt 1203, 1600 Roberta Dr SW, Marietta, GA 30008-3880 |
| 20564558 | + | Tammie Bell, 897 Joseph Club, Mableton, GA 30126-1657 |
| 20564559 | + | Tanasia Parks, 250 Sage Dr, Carrollton, GA 30116-5704 |
| 20564561 | | Tonya Thomas, 1524 Norman Dr, Apt 907, Atlanta, GA 30349 |
| 20564562 | + | Tsega Woldegiorgia, 1437 Tillbury Place, Stone Mountain, GA 30083-1222 |
| 20564566 | ++++ | VICKIE JONES, 45 OLDE MILL POINTE, HIRAM GA 30141-3431 address filed with court:, Vickie Jones, 45 Olde Mill Rd., Hiram, GA 30141 |
| 20564563 | + | Valentina Pharms-McNeill, 1507 Germaine Terrace, McDonough, GA 30253-3916 |
| 20564565 | + | Veteran's Affairs, Choice Programs HM/HHA, 1670 Clairmont Rd., Decatur, GA 30033-4004 |
| 20564568 | + | Vivian Miller, 363 Landmark Way, Austell, GA 30168-6539 |
| 20564569 | + | Walmart, Complete Pymt Recovery Service, 3500 5th Street, Northport, AL 35476-4723 |

TOTAL: 59

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 20564505 | + | Email/Text: amscbankruptcy@adt.com | Feb 03 2021 23:18:00 | ADT Security Services, 3190 S. Vaughn Way, Aurora, CO 80014-3512 |
| 20564525 | + | Email/Text: fnrobinson@coloniallife.com | Feb 03 2021 23:15:00 | Colonial Life, Processing Center, PO Box 1365, Columbia, SC 29202-1365 |
| 20564526 | | Email/Text: documentfiling@lciinc.com | Feb 03 2021 23:15:00 | Comcast, P O Box 2127, Norcross, GA 30091-2127 |
| 20564527 | + | Email/Text: bankruptcy@dsservices.com | Feb 03 2021 23:16:00 | Crystal Springs, 6750 Discovery Blvd, Mableton, GA 30126-4677 |
| 20564530 | | Email/PDF: DellBKNotifications@resurgent.com | Feb 03 2021 23:19:27 | Dell Business Credit, Dell Financial Services, P O Box 81577, Austin, TX 78708-1577 |
| 20564533 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2021 23:19:15 | Exxon, P O Box 6404, Sioux Falls, SD 57117-6404 |
| 21013621 | + | Email/Text: vderrick@geninfo.com | Feb 03 2021 23:18:00 | GENERAL INFORMATION SERVICES, ATTN: VICKIE DERRICK, 917 CHAPIN, CHAPIN, SC 29036-8875 |
| 20564536 | | Email/Text: brnotices@dor.ga.gov | Feb 03 2021 23:16:00 | Georgia Department Of Revenue, P O Box 740321, Atlanta, GA 30374-0432 |
| 20564537 | | Email/Text: vderrick@geninfo.com | Feb 03 2021 23:18:00 | GIS, P O Box 538450, Atlanta, GA 30353-8450 |
| 20564539 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 03 2021 23:15:00 | Internal Revenue Service, Centralized Insolvency Dept., PO Box 7346, Philadelphia, PA 19101-7346 |
| 20564556 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2021 23:19:44 | Shell, P O Box 6406, Sioux Falls, SD 57117-6406 |
| 20571163 | + | Email/Text: usagan.bk@usdoj.gov | Feb 03 2021 23:16:00 | U. S. Attorney, 600 Richard B. Russell Bldg., 75 Ted Turner Drive, SW, Atlanta GA 30303-3315 |
| 20564564 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 03 2021 23:15:00 | Verizon, P O Box 4001, Acworth, GA 30101-9002 |

TOTAL: 13

# BYPASSED RECIPIENTS

District/off: 113E-9 | User: avilesj | Page 3 of 3
Date Rcvd: Feb 03, 2021 | Form ID: 183 | Total Noticed: 70

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 20564508 | ##+ | Amanda Gyimah, 4080 Landover Ct, Austell, GA 30106-3533 |
| 20564511 | ##+ | Ashley Davis, 8 Perimeter East, Apt 1344, Atlanta, GA 30346-1674 |
| 20564517 | ##+ | Candy Andrews, 1690 Lee Street, Decatur, GA 30035-1655 |
| 20564523 | ##+ | Clear Care, 650 Townsend St #410, San Francisco, CA 94103-6246 |
| 20564528 | ##+ | Damien Pearson, 2850 Venice Road, SW # 1138, Birmingham, AL 35211-7040 |
| 21231751 | ##+ | Knight Capital Funding II, LLC, 1691 Michigan Avenue, Suite 230, Miami Beach, FL 33139-2566 |
| 20564543 | ##+ | Lizzie Thomas, 4002 Jessica Ave, Decatur, GA 30032-3987 |
| 20564560 | ##+ | Tarshal Edwards, 1481 Pine Springs Dr, Kennesaw, GA 30152-4672 |
| 21054668 | ##+ | Tonya E. Thomas, 1624 Norman Drive Apt. 907, COLLEGE PARK, GA 30349-5460 |
| 20564567 | ##+ | Victoria Davis, 70 Perimeter Center East, #2112, Atlanta, GA 30346-1802 |

TOTAL: 0 Undeliverable, 0 Duplicate, 10 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2021                     Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel E. Raskin | on behalf of Debtor All Star Health Care Inc. a Georgia Corporation danieleraskin1@gmail.com;R52148@notify.bestcase.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| S. Gregory Hays | ghays@haysconsulting.net saskue@haysconsulting.net;GA32@ecfcbis.com |

TOTAL: 3